Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Gaspar Rivera Jr<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–0640<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Western District of Texas | Date case filed for chapter: | 7 8/11/26 |
| Case number: | 26–52234–alt | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Gaspar Rivera Jr | |
| **2. All other names used in the last 8 years** | aka Gaspar Rivera, aka Rico Rivera | |
| **3. Address** | 600 Solms Forest<br>New Braunfels, TX 78132 | |
| **4. Debtor's attorney**<br>Name and address | Zoe Sarelle Boulware<br>Allmand Law Firm, PLLC<br>860 Airport Fwy<br>Suite 401<br>Hurst, TX 76054 | Contact phone 214–265–0123<br>Email: zboulware@allmandlaw.com |
| **5. Bankruptcy trustee**<br>Name and address | Christy L Heimer<br>PO Box 140193<br>Austin, TX 78714 | Contact phone 512–291–7105<br>Email: clheimer@trusteeheimer.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205 | Hours open Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone (210) 472–6720<br><br>Date: 8/11/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 2, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting: Go to Zoom.us/join, Enter Meeting ID 271 250 6827, Passcode, 1208385126 OR call (915) 245–4499**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/1/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Texas

In re: Case No. 26-52234-alt

Gaspar Rivera, Jr Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5 User: admin Page 1 of 3

Date Rcvd: Aug 11, 2026 Form ID: 309A Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gaspar Rivera, Jr, 600 Solms Forest, New Braunfels, TX 78132-3429 |
| 19276229 | + | A.A. Mini Storage, 1375 Wald Road, New Braunfels, TX 78132-5014 |
| 19276232 | + | Anna Rivera, 600 Solms Forest, New Braunfels, TX 78132-3429 |
| 19276240 | | Comal County Appraisal District, C/O McCreary, Veselka, Bragg, PO Box 1269, Round Rock, TX 78680-1269 |
| 19276242 | + | Copper Ridge Property, 1118 Vintage Way, New Braunfels, TX 78132-2661 |
| 19276247 | | GVTC, 36101 Farm Road 3159, New Braunfels, TX 78132 |
| 19276259 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile, Po Box 629023, El Dorado Hills, CA 95762 |
| 19276253 | + | New Braunfels Executive Storage, 4655 State Highway 46, New Braunfels, TX 78132-3754 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: zboulware@allmandlaw.com | Aug 11 2026 23:38:00 | Zoe Sarelle Boulware, Allmand Law Firm, PLLC, 860 Airport Fwy, Suite 401, Hurst, TX 76054 |
| tr | + | EDI: FCHEIMER | Aug 12 2026 03:34:00 | Christy L Heimer, PO Box 140193, Austin, TX 78714-0193 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 11 2026 23:38:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| 19276230 | | Email/Text: clerk@allmandlaw.com | Aug 11 2026 23:38:00 | Allmand Law Firm, PLLC, 860 Airport Fwy Ste 401, Hurst, TX 76054-3264 |
| 19276231 | + | Email/PDF: bncnotices@becket-lee.com | Aug 11 2026 23:50:58 | Amex, American Express Legal, 2401 Fountain View Drive Suite 306, Houston, TX 77057-4854 |
| 19276233 | + | Email/Text: CSD-BankSO@oag.texas.gov | Aug 11 2026 23:38:00 | Attorney General of Texas, Bankruptcy Collection Division, PO Box 12017, Austin, TX 78711-2017 |
| 19276234 | + | EDI: BANKAMER | Aug 12 2026 03:34:00 | Bank of America, Bankruptcy, PO Box 660710, Dallas, TX 75266-0710 |
| 19276236 | ^ | MEBN | Aug 11 2026 23:39:52 | CFNA, 6255 Eastland Road, Brook Park, OH 44142 |
| 19276235 | + | EDI: AIS.COM | Aug 12 2026 03:34:00 | Capital One, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 19276237 | + | EDI: JPMORGANCHASE | Aug 12 2026 03:34:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 19276238 | + | EDI: CITICORP | Aug 12 2026 03:34:00 | Citi Bank, PO Box 658202, Dallas, TX 75265-8202 |
| 19276239 | + | EDI: CITICORP | Aug 12 2026 03:34:00 | Citibank, 5800 S Corporate Pl, Sioux Falls, SD |

| | | | | |
|---|---|---|---|---|
| | | | | 57108-5027 |
| 19276241 | + | EDI: WFNNB.COM | Aug 12 2026 03:34:00 | Commenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 19276243 | + | EDI: CITICORP | Aug 12 2026 03:34:00 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 19276244 | | EDI: DISCOVER | Aug 12 2026 03:34:00 | Discovercard, PO Box 30943, Salt Lake City, UT 84130 |
| 19276245 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 11 2026 23:38:00 | Dovenmuehle Mortgage, Inc., 1 Corporate Drive Suite 360, Lake Zurich, IL 60047 |
| 19276248 | ^ | MEBN | Aug 11 2026 23:40:02 | Imprint Payments Inc, Po Box 121916, Dallas, TX 75312-1916 |
| 19276249 | | EDI: IRS.COM | Aug 12 2026 03:34:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19276259 | | EDI: JCTM | Aug 12 2026 03:34:00 | T-Mobile, Po Box 629023, El Dorado Hills, CA 95762 |
| 19276250 | | Email/Text: sanantonio.bankruptcy@publicans.com | Aug 11 2026 23:38:00 | Linebarger Goggan Blair & Sampson, 112 E Pecan Street Suite 2200, San Antonio, TX 78205 |
| 19276254 | + | EDI: NTXTOLWAY | Aug 12 2026 03:34:00 | NTTA, Attn Bankruptcy, PO Box 660244, Dallas, TX 75266-0244 |
| 19276252 | | EDI: NFCU.COM | Aug 12 2026 03:34:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3300, Merrifield, VA 22119-3000 |
| 19276251 | + | EDI: NFCU.COM | Aug 12 2026 03:34:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3302, Merrifield, VA 22119-3302 |
| 19276255 | + | Email/PDF: ebnotices@pnmac.com | Aug 11 2026 23:51:00 | PennyMac Loan Services, LLC, P.O. Box 30597, Los Angeles, CA 90030-0597 |
| 19276256 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 11 2026 23:50:50 | SOFI, PO Box 981075, Boston, MA 02298-1075 |
| 19276257 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 11 2026 23:50:48 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 19276258 | ^ | MEBN | Aug 11 2026 23:39:25 | Texas Alcoholic Beverage Comm, Alcoholic Beverage Sales Tax, PO Box 12548, Austin, TX 78711-2548 |
| 19276262 | ^ | MEBN | Aug 11 2026 23:38:25 | US Attorney General, US Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0009 |
| 19276263 | + | Email/Text: RASEBN@raslg.com | Aug 11 2026 23:38:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid Crane et al, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 19276260 | + | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Aug 11 2026 23:38:00 | United States Attorney - Western, 601 NW Loop 410 Suite 600, San Antonio, TX 78216-5597 |
| 19276261 | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 11 2026 23:38:00 | United States Trustee - Western, 615 E. Houston Street Suite 533, San Antonio, TX 78205-2055 |
| 19276264 | + | EDI: WFCCSBK | Aug 12 2026 03:34:00 | Wells Fargo Bank NA, PO Box 10438 MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19276246 | *+ | Gaspar Rivera, Jr, 600 Solms Forest, New Braunfels, TX 78132-3429 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026 Signature: /s/Gustava Winters